UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO TREJO MUNOZ, Booking No. 097904694,<br><br>Plaintiff,<br><br>vs.<br><br>HOLTVILLE SHERIFF DEP'T; IMPERIAL SHERIFF'S DETENTION OFFICE; TWO UNKNOWN SHERIFFS,<br><br>Defendants. | Case No. 3:18-cv-02556-CAB-MDD<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM PURSUANT TO 28 U.S.C. § 1915(e)(2) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

Renato Trejo Munoz ("Plaintiff"), while housed at the Otay Mesa Detention Center located in San Diego, California, and proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 5, 2018. *See* Compl., ECF No. 1.

**I.    Procedural History**

On December 4, 2018, the Court granted Plaintiff leave to proceed in forma pauperis ("IFP"), but dismissed his Complaint for failing to state any claim and for failing to comply with Federal Rules of Civil Procedure 8. *See* ECF No. 4. Plaintiff was informed of his pleading deficiencies, and granted 30 days leave in which to file an Amended Complaint that fixed them. *Id*.

1

But to date, Plaintiff has failed to amend, and has not asked for an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## II. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B), and his failure to prosecute pursuant to FED. R. CIV. P. 41(b) in compliance with the Court's December 4, 2018 Order (ECF No. 4).

Plaintiff's Motion for Leave to Proceed IFP (ECF No. 6) is **DENIED** as moot.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: January 22, 2019

Hon. Cathy Ann Bencivengo
United States District Judge